IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RAYMOND J. KINNEY**                                                                   **PLAINTIFF**

**V.**                              **CASE NO. 4:16-CV-716-KGB-BD**

**CHARLES HOLIDAY, et al.**                                                       **DEFENDANTS**

### RECOMMENDED DISPOSITION

**I.**     **Procedure for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to Judge Kristine G. Baker.  You may file written objections to this Recommendation.  If you file objections, they must be specific and must include the factual or legal basis for your objection.  Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record.  By not objecting, you may also waive any right to appeal questions of fact.

**II.**    **Discussion**

Raymond J. Kinney, an inmate at the Pulaski County Detention Facility ("Detention Facility"), filed this civil rights lawsuit without the help of a lawyer.  (Docket entry #2)  In his amended complaint (#5), Mr. Kinney stated deliberate-indifference claims against Defendants Pratt, Collins, Gilbert, Huitt, Reed, as well as the Doe Defendants.

Mr. Kinney is no longer incarcerated at the Detention Facility, as evidenced by mail returned to the Court as undeliverable on December 15, 2016.  (#23)  On December 21, 2016, the Court entered an order giving Mr. Kinney thirty days from that date to provide notice of his new address and specifically cautioning him that his claims could be dismissed if he failed to comply with the order.  See Local Rule 5.5

To date, Mr. Kinney has failed to comply with the Court's December 21, 2016 Order, and the time for doing so has passed.

### III. Conclusion

The Court recommends that Mr. Kinney's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's December 21, 2016 Order.

DATED, this 24th day of January, 2017.

_____
UNITED STATES MAGISTRATE JUDGE