IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RAYMOND J. KINNEY                                                      PLAINTIFF

v.                         Case No. 4:16-cv-716-KGB-BD

CHARLES HOLIDAY, *et al.*                                            DEFENDANTS

## ORDER

The Court has received two Partial Recommended Dispositions ("Recommendations") from United States Magistrate Judge Beth Deere (Dkt. Nos. 47, 57). The parties have not filed objections to either Recommendation, and the time to file objections has passed. After careful review of the Recommendations, the Court concludes that the Recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects.

The Court dismisses without prejudice plaintiff Raymond J. Kinney's claims against the Doe defendants (Dkt. No. 47). The Court denies defendants James Pratt, Diane Collins, John Reed, Tamieka Gilbert, and Debra Huitt's motion for summary judgment on the issue of exhaustion (Dkt. No. 57).[1] Mr. Kinney may proceed on the merits of his constitutional claims.

It is so ordered this the 6th day of July, 2018.

                                                     Kristine G. Baker
                                                     United States District Judge

---

[1] The Court notes that separate defendant Debra Huitt has been referred to at various times in this docket as Debra Huitt (Dkt. No. 43), Debra Pruitt (Dkt. Nos. 44, 45, 46), and Debra Huett (Dkt. No. 49) by her counsel. The Court instructs counsel to inform the Court in writing within ten days from the entry of this Order as to the proper name and spelling of the name for separate defendant Debra Huitt, so that the Court can correct the docket, if necessary.