# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**RAYMOND J. KINNEY**                                                             **PLAINTIFF**

**v.**                         **Case No. 4:16-cv-00716-KGB-BD**

**CHARLES HOLIDAY,** *et al.*                                                    **DEFENDANTS**

## ORDER

Before the Court is the Partial Recommended Disposition filed by United States Magistrate Judge Beth Deere (Dkt. No. 64). No objections have been filed, and the time to file objections has passed. After careful consideration, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). The Court therefore denies plaintiff Raymond Kinney's motion for summary judgment (Dkt. No. 60).

So ordered this 26th day of October, 2018.

                                              Kristine G. Baker
                                              United States District Judge