IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RAYMOND J. KINNEY**                                                        **PLAINTIFF**
**REG #28979-009**

**v.**                  Case No. 4:16-cv-00716-KGB

**PRATT, Medical Administrator,**
**Pulaski County Regional Detention**
**Center,** *et al*.                                                **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 79). No objections have been filed, and the time for filing objections has passed. The Court adopts the Recommended Disposition as its findings in all respects (*Id.*). Accordingly, the Court grants defendants' motion for summary judgment and dismisses with prejudice Mr. Kinney's claims against separate defendants Pratt, Diane Collins, T. Gilbert, D. Huitt, and J. Reed (Dkt. No. 72).

So ordered this the 29th day of August 2019.

_____
Kristine G. Baker
United States District Judge