# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

RAYMOND J. KINNEY                                                    PLAINTIFF
REG #28979-009

v.                          Case No. 4:16-cv-00716-KGB

PRATT, Medical Administrator,
Pulaski County Regional Detention
Center, *et al*.                                                    DEFENDANTS

## <u>JUDGMENT</u>

Consistent with the Order entered on this day, it is considered, ordered, and adjudged that

this case is hereby dismissed.  The relief requested is denied.

So adjudged this 29th day of August 2019.

_____
Kristine G. Baker
United States District Judge